**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BENNIE DAVID GUY                                                                                    PETITIONER
ADC #72720

5:12CV00222 JMM/HDY

RAY HOBBS                                                                                                  RESPONDENT
Director, Arkansas Department
of Correction

## ORDER

Petitioner has filed a petition for a writ of *habeas corpus*, and paid the filing fee. The Clerk will serve a copy of the petition and this order on the respondent and the Attorney General by regular mail

The respondent will file an answer, motion, or other response, to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this  6   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE