IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENNIE DAVID GUY**                                                           **PETITIONER**

VS.                    **CASE NO. 5:12CV00222 JMM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 12th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE